

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

February 6, 2015

Catherine Luft
Assistant Criminal District Attorney
1450 East McKinney
Denton, TX 76201
* DELIVERED VIA E-MAIL *

James Christopher Abel
Law Offices of J. Christopher Abel,
PLLC
2609 Sagebrush Dr., Suite 202
Flower Mound, TX 75028
* DELIVERED VIA E-MAIL *

RE:      Court of Appeals Number:  02-14-00508-CR, 02-14-00509-CR
           Trial Court Case Number:  F-2012-1789-A, F-2012-1790-A

Style:    Nicole Dobry
        v.
        The State of Texas

      The clerk's record has been filed under the date of Wednesday, February 4, 2015 in the above referenced cause.

                Respectfully yours,

                DEBRA SPISAK, CLERK

                *Debra Spisak*

                By:  Bonnie Alexander, Deputy Clerk